IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JENNA HULL, ) | |
| ) | |
| Plaintiff, ) | 4:08CV3119 |
| ) | |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner of ) | ORDER |
| Social Security Administration, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiff has submitted a motion to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Filing No. 2. After reviewing the request, the court will waive payment of any fees and grant Plaintiff leave to proceed *in forma pauperis*.

IT IS THEREFORE ORDERED that plaintiff's motion to proceed *in forma pauperis*, Filing No. 2, is granted.

DATED this 27th day of June, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge